**Order entered November 19, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00398-CR

**FRANCES MAFNAS DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-83715-2016**

## ORDER

The Court **REINSTATES** the appeal.

On October 24, 2018, we abated the appeal and ordered the trial court to conduct a hearing and make findings and recommendations regarding why appellant's brief was not timely filed. On November 6, 2018, we received the reporter's record from the hearing and the trial court's findings and recommendations. The trial court has recommended that appellant's counsel be given until December 5, 2018 to file appellant's brief. We **ADOPT** the trial court's recommendation.

We **ORDER** appellant's brief filed on or before **December 5, 2018**.

/s/    CRAIG STODDART
      JUSTICE